Matthew M. Clarke, SBN 184959
matt@kelleyclarkelaw.com
KELLEY | CLARKE, PC
301 S. Coleman St., Suite 20
Prosper, Texas 75078
Telephone: (972) 253-4440
Facsimile: (866) 611-9852

Attorneys for Defendants Matthew Clarke,
Dugan Kelley and Christman, Kelley & Clarke, PC

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendants Matthew Clarke, an individual, Dugan Kelley, an individual, Christman, Kelley & Clarke, PC hereby remove to this Court the state court action described below.

1.  On June 15, 2020, an action was commenced in the Superior Court of the State of California in and for the County of Orange, entitled *Todd Mueller and Todd Mueller Autographs, LLC, Plaintiffs, vs. Matthew Clarke, an individual, Dugan Kelley, an individual, Christman, Kelley & Clarke, PC And DOES 1-10, inclusive*, Defendants, as Case Number 30-2020-01148084. A copy of the complaint is attached hereto as **Exhibit 1**

2.  The first date upon which defendants Matthew Clarke, an individual, Dugan Kelley, an individual, Christman, Kelley & Clarke, PC received a copy of the said complaint was July 21, 2020, when defendants were served with a copy of the said complaint and a summons from the said state court. A copy of the summons is attached hereto as **Exhibit 2**.

3.  This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Plaintiffs claim that "the amount in controversy is several million dollars". See **Exhibit 1**, ¶ 6.

4.  Complete diversity of citizenship exists in that Plaintiffs are citizens of State of Colorado; and Defendant Matthew Clarke is a citizen of the State of Texas; Dugan Kelley is a citizen of the State of Texas and Christman, Kelley & Clarke, PC has its principal place of business in and is a citizen of the State of Texas.

DATED: July 30, 2020

KELLEY | CLARKE, PC

By: _____

Matthew M. Clarke
Attorneys for Defendants Matthew
Clarke, Dugan Kelley and Christman,
Kelley & Clarke, PC