Matthew M. Clarke, SBN 184959
matt@kelleyclarkelaw.com
KELLEY | CLARKE, PC
301 S. Coleman St., Suite 20
Prosper, Texas 75078
Telephone: (972) 253-4440
Facsimile: (866) 611-9852

Attorneys for Defendants Matthew Clarke, Dugan Kelley and Christman, Kelley & Clarke, PC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC

Plaintiffs,

vs.

MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,

Defendants.

Case No. 8:20-cv-01401

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

Michael Anderson certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My 301 S. Coleman Street, Suite 20, Prosper, Texas 75078 which is located in the city, county and state where the mailing described below took place.

3. On July 30, 2020, I deposited in the United States Mail at Prosper, Texas, a copy of the Notice to Adverse Party of Removal to Federal Court dated July 30, 2020, a copy of which is attached to this Certificate. The envelope was addressed to counsel for Plaintiffs, as follows:

**Christopher Rolin, Esq.**
**2 Saint Pierre**
**Newport Coast, CA 92657**

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2020

Michael Anderson