Matthew M. Clarke, SBN 184959
matt@kelleyclarkelaw.com
KELLEY | CLARKE, PC
301 S. Coleman St., Suite 20
Prosper, Texas 75078
Telephone: (972) 253-4440
Facsimile: (866) 611-9852

Attorneys for Defendants Matthew Clarke, Dugan Kelley and Christman, Kelley & Clarke, PC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC

Plaintiffs,

vs.

MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,

Defendants.

Case No. 8:20-cv-01401

**DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT**

Defendants Matthew Clarke, Dugan Kelley and Christman, Kelley & Clarke, PLAINTIFF'S COUNSEL ("Defendants") by and through their attorneys, respond to Plaintiffs' Complaint as follows:

**RESPONSE TO INTRODUCTORY ALLEGATIONS**

1. For paragraph 1, Defendants admit that Todd Mueller and Todd Mueller Autographs, LLC are citizens of the State of Colorado and that Plaintiffs operate a business selling autographed memorabilia. Defendants deny all other allegations.
2. For paragraph 2, Defendants admit the allegations.
3. For paragraph 3, Defendants admit that Matthew Clarke and Dugan Kelley were principals of Christman, Kelley & Clarke, PC. Defendants deny that Christman, Kelley & Clarke, PC is domiciled in Santa Barbara, California. Defendants admit that they represented Plaintiffs in litigation in Orange County, California.
4. For paragraph 4, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.
5. For paragraph 5, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.
6. For paragraph 6, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

**RESPONSE TO BACKGROUND ALLEGATIONS**

7. For paragraph 7, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.
8. For paragraph 8, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.
9. For paragraph 9, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.
10. For paragraph 10, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

11. For paragraph 11, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

12. For paragraph 12, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

13. For paragraph 13, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

14. For paragraph 14, Defendants are without knowledge or information sufficient to form a belief as to the truth or the falsity of the allegations.

15. For paragraph 15, Defendants deny the allegations.

## FIRST CAUSE OF ACTION

16. For paragraph 16, Defendants deny the allegations.

17. For paragraph 17, Defendants deny the allegations.

18. For paragraph 18, Defendants deny the allegations.

19. For paragraph 19, Defendants deny the allegations.

20. For paragraph 20, Defendants deny the allegations.

21. For paragraph 21, Defendants deny the allegations.

22. For paragraph 22, Defendants deny the allegations.

23. For paragraph 23, Defendants deny the allegations.

## SECOND CAUSE OF ACTION

24. For paragraph 24, Defendants deny the allegations.

25. For paragraph 25, Defendants deny the allegations.

26. For paragraph 26, Defendants deny the allegations.

## PLAINTIFFS' PRAYER FOR RELIEF

1. For paragraph 1 of the prayer, Defendants deny they caused Plaintiffs to suffer any compensatory damages.

2. For paragraph 2 of the prayer, Defendants deny they caused Plaintiffs to suffer any consequential damages.

3. For paragraph 3 of the prayer, Defendants deny Plaintiffs are entitled to recover costs from Defendants.

4. For paragraph 4 of the prayer, Defendants deny Plaintiffs are entitled to recover attorney fees from Defendants.

5. For paragraph 5 of the prayer, Defendants deny Plaintiffs are entitled to any relief from the Court against these answering Defendants.

**DEFENDANTS' AFFIRMATIVE DEFENSES**

1. For a first affirmative defense, Defendants assert that Plaintiffs have sued in the incorrect forum and the doctrine of forum non conveniens applies.

2. For a second affirmative defense, Defendants assert that Plaintiffs' first cause of action for negligence fails to state a cause of action.

3. For a third affirmative defense, Defendants assert that Plaintiffs' second cause of action for negligence fails to state a cause of action.

4. For a fourth affirmative defense, Defendants assert that Plaintiffs are required to post an undertaking or bond to secure the award of costs which may be awarded to Defendants (C.C.P. § 1030).

5. For a fifth affirmative defense, Defendants assert that Plaintiffs failed to mitigate their damages by refusing to accept a monetary payment in the underlying lawsuit knowing that Plaintiffs' case would likely be dismissed because Todd Mueller threatened to kill a key witness.

6. For a sixth affirmative defense, Defendants assert that Plaintiffs have significant comparative fault for Defendants' alleged responsibility for Plaintiffs' claimed damages (which Defendants altogether deny).

7. For a seventh affirmative defense, Defendants assert that any damages Plaintiffs sustained (which Defendants altogether deny), is offset by amounts Plaintiffs owe to Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully requests the following relief from this Court:

1. That Plaintiffs take nothing by their complaint.
2. That the Court award Defendants their costs of suit.
3. That the Court grant any other relief to Defendants that is just and proper.

DATED: August 6, 2020

KELLEY | CLARKE, PC

By: [signature]
Matthew M. Clarke
Attorneys for Defendants Matthew Clarke, Dugan Kelley, and Defendant/ Counter Claimant Christman, Kelley & Clarke, PC

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I served a true and correct copy of the foregoing Answer to Plaintiffs' Complaint via electronic filing with the Court's ECF system for notice to all counsel of record.

[signature]
Matthew Clarke