Matthew M. Clarke, SBN 184959
matt@kelleyclarkelaw.com
KELLEY | CLARKE, PC
301 S. Coleman St., Suite 20
Prosper, Texas 75078
Telephone: (972) 253-4440
Facsimile: (866) 611-9852

Attorneys for Defendants Matthew Clarke,
Dugan Kelley and Christman, Kelley & Clarke, PC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-01401<br><br>**CHRISTMAN, KELLEY & CLARKE, PC'S COUNTERCLAIMS AGAINST TODD MUELLER AND TODD MUELLER AUTOGRAPHS, LLC** |

# COUNTERCLAIMS

## A. The Parties

1. Counter Claimant is Christman, Kelley & Clarke, PC, domiciled in the State of Texas.

2. Counter Defendants are Todd Mueller and Todd Mueller Autographs, LLC, domiciled in the State of Colorado.

## B. The Court's Jurisdiction

3. This Court has jurisdiction over this compulsory counterclaim by virtue of its supplemental jurisdiction. 28 USC § 1367(a).

## C. Facts

4. Counter Defendant Todd Mueller hired Christman, Kelley & Clarke, PC ("Counter Claimant") to handle litigation in Orange County, California. Counter-defendants executed a written agreement under which counter claimant performed legal services under a hybrid arrangement which required Counter Defendants to pay $150 per hour for work performed along with a small percentage of any amount recovered in the litigation. A true and correct copy of the agreement is attached hereto as **Exhibit 1**.

5. After agreeing to the terms of Exhibit 1, Counter Defendants requested that Counter Claimant handle various other lawsuits under the same terms. Counter Claimant handled various matters, documenting all attorney fees incurred and expenses paid on Counter Defendants' behalf. Counter Claimant sent monthly bills to Counter Defendants and they never complained about any billing errors. Counter Defendants recognized that many of Counter Claimant's bills were overdue and promised to pay the bills.

6. Ultimately, Counter Defendants refused to pay Counter Claimant's bills and instead filed suit against Counter Defendants. The total amount Counter Defendants owe to Counter Claimant is $83,545.39.

///

///

## FIRST CAUSE OF ACTION – BREACH OF CONTRACT
## AGAINST TODD MUELLER

7. Counter Claimant incorporates the allegations in the previous paragraphs as if fully set forth herein.

8. Counter Defendant Todd Mueller and Counter Claimant entered into a written agreement for the provision of legal services which is attached hereto as **Exhibit 1**.

9. Counter Claimant performed legal services pursuant to the terms of the written agreement and performed all other obligations required of Counter Claimant. Counter Defendant requested that Counter Claimant perform legal services on other matters and verbally agreed to apply the terms of the written agreement to these other matters.

10. Counter Claimant performed the legal services and advanced litigation expenses Counter Defendant requested. Counter Defendants failed or refused to pay Counter Claimant the fees and costs owed. Pursuant to the terms of Exhibit 1, if Counter Claimant was required to pursue Counter Defendant Todd Mueller to recover fees and costs, the hourly rate defaulted back to Counter Claimant's standard hourly rates listed in Exhibit 1.

11. Between December 5, 2017 and December 11, 2019, Counter Claimant incurred the following attorney fees handling *Mueller v. Collectors Universe* in Orange County Superior Court, Case No. 30-2016-00848849-CU-BT-CJC:

    a. 331.9 hours at $385 per hour

    b. 90.5 hours at $300 per hour.

    c. Total: $154,931.50.

12. During the time between December 5, 2017 and December 11, 2019, Counter Defendant Todd Mueller paid $21,401 toward the fees and costs incurred in this matter. Thus, Counter Defendant owes to Counter Claimant $133,530.50.

13. In *Mueller v. Cyrkin*, Orange County Superior Court, Case No. 30-2014-00711928-CU-DF-CJC, between January 1, 2018 and June 11, 2019, Counter Claimant incurred the following attorney fees handling the matter:

      a. 94.6 hours at $385 per hour.

      b. 21.80 hours at $300 per hour.

      c. Total: $17,962.60.

14. During the time between January 1, 2018 and June 11, 2019, Counter Defendant Todd Mueller paid $3,936 toward the fees and costs incurred in this matter. Thus, Counter Defendant owes to Counter Claimant $14,026.

15. During the time between May 20, 2019 and August 29, 2019, Counter Claimant handled a claim and resulting lawsuit brought against Counter Defendants in the United States District Court for the District of New Hampshire entitled *R&R Auction v. Todd Mueller*, Case No. 1:19CV00485. Counter Claimant incurred the following attorney fees:

      a. 6 hours at an hourly rate of $385 for a total of $2,310.

16. Counter Defendant paid nothing toward this case during that same time and therefore owes Counter Claimant $2,310.

17. During the time between February 6, 2018 and November 18, 2019, Counter Claimant incurred the following attorney fees handling *Mueller v. Epperson* and related cross claims, Harris County District Court Case No. 2013-51411.

      a. 5.5 hours at an hourly rate of $385

      b. 13.6 hours at an hourly rate of $300

      c. Total: $6,197

18. Counter Defendant paid nothing toward this case during that same time, thus Counter Defendant owes to Counter Claimant $6,197.

19. Counter Claimant advanced litigation expenses on Counter Defendant's behalf in the amount of $10,150 which Counter Defendant has refused to pay.

20. As a result of Counter Defendants' breach of contract, Counter Claimant has been damaged in the amount of $166,213.84, plus interest at the legal rate.

///

///

## SECOND CAUSE OF ACTION – QUANTUM MERUIT
## AGAINST ALL COUNTER DEFENDANTS

21. Counter Claimant incorporates the allegations in the previous paragraphs as if fully set forth herein.

22. Counter Claimant performed legal services and advanced litigation expenses for Counter Defendants in response to Counter Defendants' explicit request. The services Counter Claimant provided benefited Counter Defendants, but Counter Defendants refused to pay for Counter Claimant's services and refused to reimburse litigation expenses Counter Claimant advanced for Counter Defendants.

23. The reasonable value of the services and advancement of costs Counter Claimant provided to Counter Defendants is $166,213.84 which Counter Defendants have refused to pay. Counter Claimant seeks recovery of that amount from Counter Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Counter Claimant respectfully requests the following relief from this Court:

1. Economic damages in the amount of $166,213.84.
2. Pre-judgment interest at the legal rate.
3. Post-judgment interest at the legal rate.

DATED: August 6, 2020                KELLEY | CLARKE, PC

By: _____
Matthew M. Clarke
Attorneys for Defendants Matthew Clarke, Dugan Kelley, and Defendant/ Counter Claimant Christman, Kelley & Clarke, PC

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2020, I served a true and correct copy of the foregoing **Counterclaims** via electronic filing with the Court's ECF system for notice to all counsel of record.

_____
Matthew Clarke