Matthew M. Clarke, SBN 184959
matt@kelleyclarkelaw.com
KELLEY | CLARKE, PC
301 S. Coleman St., Suite 20
Prosper, Texas 75078
Telephone: (972) 253-4440
Facsimile: (866) 611-9852

Attorneys for Defendants Matthew Clarke,
Dugan Kelley and Christman, Kelley & Clarke, PC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC

Plaintiffs,

vs.

MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,

Defendants.

Case No. 8:20-cv-01401 CJC (ADSx)

**DUGAN KELLEY DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND THE CASE TO STATE COURT**

**Date: October 5, 2020**
**Time: 01:30 P.M.**
**Courtroom.: 9B**

**411 West Fourth Street**
**Santa Ana, CA 92701-4516**

**DECLARATION OF DUGAN KELLEY**

I, Dugan Kelley, declare:

1. I am a shareholder in the law firm of Kelley Clarke, PC, counsel of record for Plaintiff in this matter.

2. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

3. I have been domiciled in Texas since 2009 when I moved her permanently from Santa Barbara, California. I am physically present here on a full-time basis. I own real property in Texas. I have a Texas driver's license. I pay taxes in Texas. I vote in Texas elections. My children attend Texas public schools and I attend church in Texas. All these facts were true at the time Plaintiffs filed their case against me.

4. Christman, Kelley & Clarke, PC was incorporated in Texas. Its principal place of business and its principal execute office has always been in Texas. The three shareholders have all lived in Texas and operated the company out of Texas since 2015 when I moved here to join the other two shareholders. Before that time, two of the three shareholders governed the business from Texas with my input since it was formed. The "nerve center" of Christman, Kelley & Clarke, PC has always been in Texas.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on September 11, 2020, in Prosper, Texas.

Dugan Kelley

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I served a true and correct copy of the foregoing DUGAN KELLEY DECLARATION IN SUPPORT OF OPPOSITION TO MOTION TO REMAND via electronic filing with the Court's ECF system for notice to all counsel of record.

Matthew Clarke
Matthew Clarke