Christopher Rolin, Esq., SBN #38672
christopherrolin@gmail.com
Law Offices of Christopher Rolin
2 Saint Pierre
Newport Coast, California 92657
Telephone: (949) 706-7171
Facsimile: (818) 735-9992

Attorney for Plaintiffs,
TODD MUELLER and TODD
MUELLER AUTOGRAPHS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD MUELLER and TODD MUELLER AUTOGRAPHS, LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>MATTHEW CLARKE, an individual, DUGAN KELLEY, an individual, CHRISTMAN, KELLEY & CLARKE, PC and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.: 8:20-cv-01401 CJC (ADSx)<br>Assigned To: Hon. Cormac J. Carney<br><br>**PROOF OF SERVICE** |

   I am over 18 years of age and not a party to the within entitled action. I am employed at the Law Offices of Christopher Rolin, and my business address is 2 Saint Pierre, Newport Coast, California 92657. On June 25, 2021, I served a copy of the following documents:

- **PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES: 1. LEGAL MALPRACTICE, 2. BREACH OF FIDUCIARY DUTY**

on the attorney(s) for the parties in this action by the following method:

   X   (BY ELECTRONIC SERVICE) By e-mailing the document(s) to the person(s) at the e-mail address(es) listed on this service list, as due to the

---
1
PROOF OF SERVICE

Coronavirus (COVID-19) pandemic, the majority of this office will be working remotely and is therefore primarily using electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

Dan Lawton, Esq.                              Via E-mail dlawton@klinedinstlaw.com

Klinedinst

501 W. Broadway, Suite 600

San Diego, California 92101

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 25th day of June, 2021, at Newport Coast, California.

                                                   /s/
                                            Christopher Rolin