Heather L. Rosing, Bar No. 183986
hrosing@klinedinstlaw.com
Dan Lawton, Bar No. 127342
dlawton@klinedinslaw.com
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707

Attorneys for Defendants and Counterclaimants Matthew M. Clarke, Dugan P. Kelley, and Kelley Clarke, PLLC (erroneously sued as Christman, Kelley & Clarke, PC)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TODD MUELLER; TODD MUELLER AUTOGRAPHS, LLC,, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW M. CLARKE; DUGAN P. KELLEY; CHRISTMAN, KELLEY & CLARKE, PC; and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 8:20-cv-01401-CJC-ADS <br><br> **NOTICE OF SETTLEMENT** |

TO THE HONORABLE CORMAC J. CARNEY AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties, with the aid of a private mediator, Hon. Ronald S. Prager, Judge of the Superior Court (Ret.) of

1                                              Case No. 8:20-cv-01401-CJC-ADS

Signature Resolution, have agreed as of May 5, 2022, to a full and final settlement of this action on terms which include a dismissal with prejudice to be filed by plaintiffs and counter-defendants under Fed. R. Civ. P. 42(a). A draft settlement agreement has circulated to counsel for all parties as of May 9, 2022, and it is the parties' hope to finalize and sign that agreement and close the settlement within thirty days from the date below written.

In anticipation of the dismissal being filed per the terms of their agreement, defendants and counterclaimants suggest that the Court retain jurisdiction over the case for a period of time which will expire on the earlier of (a) the filing of the dismissal and/or the Court's entry of an order approving the dismissal of the action, and (b) the sixtieth (60th) day from the date below written, i.e., July 11, 2022, except as the Court may otherwise order.

Respectfully submitted,

KLINEDINST PC

DATED: May 11, 2022

By:    <u>s/Dan Lawton</u>
Heather L. Rosing
Dan Lawton
Attorneys for Defendants and Counterclaimants Matthew M. Clarke, Dugan P. Kelley, and Kelley Clarke, PLLC (erroneously sued as Christman, Kelley & Clarke, PC)